IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS, <br><br> Plaintiff, <br><br> v. <br><br> TRADER JOE'S COMPANY, <br><br> Defendant. | Case No.: 2:12−CV−02089−WBS−EFB <br><br> **ORDER EXTENDING TRADER JOE COMPANY'S TIME TO RESPOND TO COMPLAINT** |

Having read and considered the parties' STIPULATED MOTION FOR ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS and good cause appearing therefor:

IT IS HEREBY ORDERED that defendant Trader Joe's Company's deadline to respond to California Natural Products' Complaint is hereby extended to November 1, 2012.

Dated:   September 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

488760.2