**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA NATURAL PRODUCTS,  ) | **Case No.:  2:12−CV−02089−WBS−EFB** |
| ) | |
| Plaintiff,  ) | **ORDER EXTENDING TRADER JOE** |
| ) | **COMPANY'S TIME TO RESPOND TO** |
| v.  ) | **COMPLAINT** |
| ) | |
| TRADER JOE'S COMPANY,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |
| _____  ) | |

Having read and considered the parties' STIPULATED MOTION FOR ORDER TO

EXTEND TIME TO RESPOND TO COMPLAINT BY MORE THAN 28 DAYS and good cause

appearing therefor:

IT IS HEREBY ORDERED that defendant Trader Joe's Company's deadline to respond to

California Natural Products' Complaint is hereby extended to November 1, 2012.

Dated:   September 26, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

488760.2